



HIGLY CONFIDENTIAL.

IN UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CA

IN THE MATTER OF

THOMAS HEATON SPITTERS, PLAINTIFF

v.

A.M. URIBE; PSYNERGY [ET SEQ.], ET. AL


KNOW YE MEN BY ALL THESE PRESENTS THAT DEFENDANT HELD HER / HIMSELF OUT TO PLAINTIFF AS A
SOCIAL WORKER AND WITH MALICIOUS AND MALEVOLENT INTENTIONS TO SPY UPON THE PLAINTIFF IN
THIS CASE IN ORDER TO ACCOMPLISH GOALS THAT ARE NEFARIOUS, CRIMINAL AND IN
COLLUSION WITH VARIOUS OTHER CRIMINAL PARTIES AND WRONDOERS.  DEFENDANT ALSO HELD
 HER / HIMSELF OUT TO BEA MEMBER OF THE INTELLIGENCE COMMUNITY AND TO "BE IN TOUCH
WITH FRIENDS IN THE HOOVER INSTITUTION" AN INCORRECT AND DELIBERATELY FALSE STATEMENT
AT THE TIME IT WAS MADE.  DEFENDANTS HAD MOCK CONCERNS FOR PLAINTIFF AND INTENTIONALLY
HAVE BEEN ABOUT DESTROYING PLAINTIFF SOCIALLY WITH VARIOUS AMONG THEIR SPYING AND ILLEGAL
SURVEILLANCE TACTICS SINCE ON OR ABOUT 1986.

DEFENDANT(S) HAVE COLLUDED AND CONTINUE TO COLLUDE WITH THIRD PARTIES TO UNDERMINE,
SUBVERT AND TO DESTROY PLAINTIFF SOCIALLY AND IN THE PLAINTIFF'S PROFESSIONAL LIFE
AND PROFESSIONAL PURSUITS.  DEFENDANT(S) HAVE REPEATEDLY, ERRONEOUSLY AND
FALSELY ASSERTED THAT THE PLAINTIFF IN THIS CASE IS "ATTRACTED TO ME" OR
"ATTRACTED TO US" IN REPEATED AND FREQUENT DECLARATIONS AND STATEMENTS, EVEN
WHILE THE PLAINTIFF HAS BEEN PRESENT, THOUGH ESPECIALLY IN ENCODED TERMS SUCH AS
THE MEXICAN SPANISH LANGUAGE THAT THE PLAINTIFF IN THIS CASE DOES NOT READILY
COMPREHEND.  DEFENDANT HAS TOUTED HIS SEXUAL PROWESS BEFORE THE PLAINTIFF
REPEATEDLY AND FREQUENTLY, AND THROUGH THIRD PARTIES; AND THIS WHILE CONTINUING
AS WELL VERY IRRITATING AND BACKWARD, UNLAWFUL SPYING ACTIVITIES THAT TARGET
THE PLAINTIFF.  PLAINTIFF ESPECIALLY REMARKS ON HOW THE DEFENDANT(S) EXPRESS
HIS / THEIR "EROTICISM" AND "SEDUCTIVENESS" TO THE PLAINTIFF AND THIS AGAIN
GIVEN THE OVERALL DEMEANOR, ATTITUDE, APPEARANCE AND SPEECH OF THE DEFENDANT(S)
IN THE PRESENCE OF THE PLAINTIFF.

THE FOREGOING THE PLAINTIFF DOES SOLEMNLY SWEAR TO BE TRUTHFUL AND OF THE TRUTH
ITSELF, AND TO THE BEST OF THE PLAINTIFF'S ABILITIES AND CAPABILITIES AT THIS
TIME.  PLEASE PARDON TYPOGRAPHICAL ERRORS.  THIS STATEMENT OF ALLEGATIONS IS
NOR EXHAUSTIVE NOR ALL - INCLUSIVE AT THIS TIME AND PENDING ACKNOWLEDGEMENT OF
THE COURT OF THE FACTS CITED HERE, PLAINTIFF WILL PROVIDE ADDITIONAL AND
COMPELLING DETAILS AND INFORMATION TO FURTHER STATE THE CASE OF THE

PLAINTIFF.

BY, *[signature: Thomas H Spitters]*
/s/THOMAS HEATON SPITTERS, PLAINTIFF PRO SE

DATE :  MAY 6, 2020