UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SPITTERS,<br><br>    Plaintiff,<br><br>    v.<br><br>A.M URIBE, et al.,<br><br>    Defendants. | Case No. 20-cv-04883-EMC<br><br>**ORDER OF DISMISSAL**<br><br>Docket No. 2, 3 |

Previously, the Court extended the time for Mr. Spitters to file a complete financial affidavit in support of his IFP application. *See* Docket No. 13 (order). The Court gave Mr. Spitters until November 24, 2020, to file a complete financial affidavit and warned that there would be no further extensions. The Court also warned that, if a complete financial affidavit were not timely filed, then Clerk of the Court would automatically dismiss his case without prejudice.

On November 9, 2020, the Court received a letter from Mr. Spitters (dated November 5, 2020), in which he states as follows: "Plaintiff regrets that long ago the Plaintiff was advised not to sign an affidavit, no matter the request nor demand. Under the circumstances, Plaintiff is uncomfortable, and this is not the fault nor due to the fault of anyone, with the Court having Plaintiff's address." Docket No. 14 (letter). Mr. Spitters has failed to state a legitimate reason for not filing a complete financial affidavit. Accordingly, his case is hereby dismissed without prejudice. Notwithstanding a clear warning from the Court, Mr. Spitters failed to file a complete financial affidavit by November 24 and has yet to file a complete financial affidavit as of this date.

**IT IS SO ORDERED**.

Dated: December 2, 2020

_____
EDWARD M. CHEN
United States District Judge